Brunt *v.* The State, on the Relation of French and Others.

PRACTICE.—*Transcript.*—*Seal of Court.*—A paper purporting to be a transcript of a record, without the seal of the court, cannot be regarded as such in the Supreme Court.

APPEAL from the Madison Common Pleas.

Pettit, J.—The paper purporting to be a transcript in this case is not certified under the seal of the court from which it purports to come, and for that reason the appeal is dismissed. We cannot recognize a paper as a copy or transcript of the records of another court, unless it comes to us under the seal of that court. 2 G. & H. 273, sec. 558; *Hinton* v. *Brown*, 1 Blackf. 429; *Vanliew* v. *The State*, 10 Ind. 384; *Sanford* v. *Sinton*, 34 Ind. 539.

The appeal is dismissed, at the costs of the appellant.

*J. A. Harrison,* for appellant.

*C. D. Thompson* and *J. T. Smith,* for appellees.